## EXHIBIT 1

State Plan Under Title XIX of the Social Security Act Medical Assistance Program
(the North Carolina State Medicaid Plan)

The pages of this Exhibit were downloaded on February 4, 2010 from
http://www.dhhs.state.nc.us/dma/plan/sp.pdf.

The entire North Carolina State Medicaid Plan, with attachments, is 959 pages. The
following pages are included here:

- Pages 1-13 – Cover page, Table of Contents, List of Attachments.

- Pages 60-64 – Section 3.2 "Coordination of Medicaid with Medicare and Other
  Insurance."

- Pages 786-87 – Attachment 4.19-B, Section 24 – "Methods and Standards for
  Establishing Payment Rates – Other Types of Care: Item VII - Payment of Title
  XVIII Part A and Part B Deductible/Coinsurance."

STATE PLAN UNDER TITLE XIX

OF THE SOCIAL SECURITY ACT

MEDICAL ASSISTANCE PROGRAM

HCFA-AT-80-38 (BPP)
MAY 22, 1980

Revision:     HCFA-PM-87-4     (BERC)                    OMB No. 0938-
              MARCH 1987

              STATE PLAN UNDER TITLE XIX OF THE SOCIAL SECURITY ACT
                        Medical Assistance Program

              State/Territory:_____North Carolina_____

                              TABLE OF CONTENTS

SECTION                                                         PAGE NUMBERS

State Plan Submittal Statement…………………………………………………………………I

SECTION I - SINGLE STATE AGENCY ORGANIZATION…………………………………………2

  1. I Designation and Authority…………………………………………………………………..2

  1.2 Organization for Administration…………………………………………………………….7

  1.3 Statewide Operation…………………………………………………………………8

  1.4 State Medical Care Advisory Committee……………………………………………………9

TN No. 87-5
Supersedes
TN No. ____        Approval Date Jul 23 1987          Effective Date 4/187

                                                      HCFA ID:               1002P/00I0P

<u>SECTION</u>                                                                    <u>PAGE NUMBERS</u>

SECTION 2 - COVERAGE AND ELIGIBILITY .................................................................................................... 10

  2.1 Application, Determination of Eligibility
      and Furnishing Medicaid .... ...................................................................................................... 10

  2.2  Coverage and Condition of Eligibility ........................................................................................ 12

  2.3 Residence…………………………… ........................................................................................ 13

  2.4 Blindness…………………………… .......................................................................................... 14

  2.5 Disability…………………… ..................................................................................................... 15

  2.6 Financial Eligibility…………… ............................................................................................... 16

  2.7 Medicaid Furnished Out of State ................................................................................................ 18

ii

Case 5:10-cv-00045-F    Document 1-3    Filed 02/04/2010    Page 4 of 21

|                          SECTION                          | PAGE NUMBERS |

SECTION 3 - SERVICES:          GENERAL PROVISIONS...............................................................19

   3.1 Amount, Duration, and Scope of Services.................................................................................19

   3.2 Coordination of Medicaid with Medicare Part B....................................................................29

   3.3 Medicaid for Individuals Age 65 or Over in
      Institutions for Mental Diseases       ..................................................................................... 30

   3.4  Special Requirements Applicable to
      Sterilization Procedures........................................................................./................... ......... 31

   3.5 Medicaid for Medicare Cost Sharing for
      Qualified Medicare Beneficiaries....................................................................................31a

   3.6  Ambulatory Prenatal Care for Pregnant Women
      during Presumptive Eligibility Period.............................................................................31b

iii

TN No. 87-5
Supersedes
TN No. _____                 Approval Date Jul 23 1987                  Effective Date 4/1/87

                                                                        HCFA ID: 1002P/00I0P

| SECTION | PAGE NUMBERS |
|---|---|
| SECTION 4 - GENERAL PROGRAM ADMINISTRATION...................................................................32 | |
| 4.1 Methods of Administration ..............................................................................................32 | |
| 4.2 Hearings for Applicants and Recipients...........................................................................33 | |
| 4.3 Safeguarding Information on Applicants and Recipients...................................................................34 | |
| 4.4 Medicaid Quality Control...............................................................................................35 | |
| 4.5 Medicaid Agency Fraud Detection and Investigation Program...............................................................36 | |
| 4.6 Report............................................................................................................37 | |
| 4.7 Maintenance of Records...............................................................................................38 | |
| 4.8 Availability of Agency Program Manuals...............................................................................39 | |
| 4.9 Reporting Provider Payments to the Internal Revenue Service...............................................................40 | |
| 4.10 Free Choice of Providers..............................................................................................41 | |
| 4.11 Relations with Standard-Setting and Survey Agencies..................................................................42 | |
| 4.12 Consultation to Medicaid Facilities...................................................................................44 | |
| 4.13 Required Provider Agreement..........................................................................................45 | |
| 4.14 Utilization Control....................................................................................................46 | |
| 4.15 Inspections of Care in Skilled Nursing and Intermediate Care Facilities and Institutions for Mental Diseases....................................................51 | |
| 4.16 Relations with State Health and Vocational Rehabilitation Agencies and Title V Grantees.........................................................52 | |
| 4.17 Liens and Recoveries.................................................................................................53 | |
| 4.18 Cost Sharing and Similar Charges.....................................................................................54 | |
| 4.19 Payment for Services.................................................................................................57 | |

iv

---

TN No. <u>87-5</u>
Supersedes
TN No. _____              Approval Date <u>**Jul 23 1987**</u>                Effective Date <u>4/1/87</u>
                                                                  HCFA ID: 1002P/00I0P

HCFA-PM-90-2       (BPD) ....................................................................................OMB No. 0938-0193

JANUARY 1990

SECTION

PAGE NUMBERS

4.20 Direct Payments to Certain Recipients for
     Physicians' or Dentists' Services....................................................................................................67

4.21 Prohibition Against Reassignment of
     Provider Claims............................................................................................................................68

4.22 Third Party Liability........................................................................................................................69

4.23 Use of Contracts............................................................................................................................71

4.24 Standards for Payments for Skilled Nursing
     and Intermediate Care Facility Services.......................................................................................72

4.25 Program for Licensing Administrators
     of Nursing Homes...........................................................................................................................73

4.26 RESERVED...................................................................................................................................74

4.27 Disclosure of Survey Information
     and Provider or Contractor Evaluation..........................................................................................75

4.28 Appeals Process for Skilled Nursing
     and Intermediate Care Facilities....................................................................................................76

4.29 Conflict of Interest Provisions........................................................................................................77

4.30 Exclusion of Providers and Suspension of
     Practitioners Convicted and other Individuals..............................................................................78

4.31 Disclosure of Information by Providers
     and Fiscal Agents..........................................................................................................................79

4.32 Income and Eligibility Verification System.....................................................................................79

4.33 Medicaid Eligibility Cards
     for Homeless Individuals..............................................................................................................79a

4.34 Systematic Alien Verification for Entitlements...............................................................................79b

4.35 Remedies for Skilled Nursing and Intermediate
     Care Facilities that Do Not Meet
     Requirements of Participation.......................................................................................................79c

4.43 Cooperation with Medicaid Integrity Program Efforts                  79z

v

---

TN No: 08-008
Supersedes                Approval Date: 08/15/08             Effective Date: 07/01/08
TN No: 90-07

HCFA ID: 1002P/00I0P

SECTION                    PAGE NUMBERS

SECTION 5 - PERSONNEL ADMINISTRATION.................................................................80

5.1 Standards of Personnel Administration..............................................................80

5.2 RESERVED...........................................................................................81

5.3 Training Programs; Sub-professional and
  Volunteer Programs................................................................................82

vi

TN No. <u>87-5-</u>
Supersedes
TN No _____.   Approval Date <u>Jul 23 1987</u>    Effective Date <u>4/1/87</u>

                   HCFA ID: 1002P/00I0P

Revision:          HCFA-PM-87-4     (BERC)            OMB No. 0938-0193
                   MARCH 1987

SECTION                                                    PAGE NUMBERS

SECTION 6 - FINANCIAL ADMINISTRATION…………………...…………………………………………83

  6.1 Fiscal Policies and Accountability…………………………...………………………………………83

  6.2 Cost Allocation……………………………...………………………………………………………..84

  6.3 State Financial Participation…………...………………………………………………………………85

vii

TN No. 87-5
Supersedes
TN No._____          Approval Date **Jul 23 1987**          Effective Date 4/1/87

                                                      HCFA ID: 1002P/00I0P

                          SECTION                                      PAGE NUMBERS

SECTION 7 - GENERAL PROVISIONS...................................................................................86

7.1 Plan Amendments..................................................................................................86

7.2 Nondiscrimination.................................................................................................87

7.3 Maintenance of AFDC Effort.................................................................................88

7.4 State Governor's Review........................................................................................89

viii

TN No. 92-01
Supersedes                    Approval Date **10-21-92**              Effective Date 1/1/92
TN No. 87-5
                                                                     HCFA ID: 7982E

## LIST OF ATTACHMENTS

<u>No.</u>                                    <u>Title of Attachment</u>

*I.I-A   Attorney General's Certification

*I.I-B   Waivers under the Intergovernmental Cooperation Act

1.2-A   Organization and Function of State Agency

1.2-B   Organization and Function of Medical Assistance Unit

1.2-C   Professional Medical and Supporting Staff

1.2-D   Description of Staff Making Eligibility Determination

*2.2-A   Groups Covered and Agencies Responsible for Eligibility
         Determinations

              *Supplement I -      Reasonable Classifications of Individuals
                                   under the Age of 21, 20, 19 and 18

              *Supplement 2 -      Definitions of Blindness and Disability
                                   (Territories only)

              *Supplement 3 -      Method of Determining Cost Effectiveness of
                                   Caring for Certain Disabled Children at Home

*2.6-A   Eligibility Conditions and Requirements (States only)

              • Supplement I -     Income Eligibility Levels -
                                   Categorically Needy, Medically Needy and Qualified Medicare
                                   Beneficiaries
              • Supplement 2 -     Resource Levels - Categorically
                                   Needy, Including Groups with Incomes Up to a Percentage of the
                                   Federal Poverty Level, Medically Needy, and Other Optional
                                   Groups
              • Supplement 3 -     Reasonable Limits on Amounts for
                                   Necessary Medical or Remedial Care Not Covered under
                                   Medicaid
              • Supplement 4 -     Section 1902(f) Methodologies for
                                   Treatment of Income that Differ from those of the SSI Program

*Forms Provided

---

TN No. <u>03-04</u>
Supersedes
TN No. <u>92-01</u>          Approval Date:  <u>**NOV 18 2003**</u>          Effective Date   <u>8/13/2003</u>

                                                            HCFA ID: 7982E

No.                                      Title of Attachment

    • Supplement 5 -          Section 1902(f) Methodologies for
                              Treatment of Resources that Differ from those of the SSI Program
    • Supplement 5a-          Methodologies for Treatment of Resources
                              or individuals With Income Up to a Percentage of the
                              Federal Poverty Level
    • Supplement 6 -          Standards for Optional State Supplementary Payments
    • Supplement 7 -          Income Levels for 1902(f) States -
                              Categorically Needy Who Are Covered under Requirements More
                              Restrictive than SSI
    • Supplement 8 -          Resource Standards for 1902(f) States -
                              Categorically Needy
    • Supplement 8a-          More Liberal Methods of Treating Income
                              Under Section 1902(r)(2) of the Act
    • Supplement 8b-          More Liberal Methods of Treating
                              Resources Under Section 1902(r)(2) of the Act
    • Supplement 9 -          Transfer of Resources
    • Supplement 10-          Consideration of Medicaid Qualifying
                              Trust--Undue Hardship
    • Supplement II -         Cost-Effective Methods for COBRA Groups
                                   (States and Territories)

*2.6-A   Eligibility Conditions and Requirements (Territories only)

    • Supplement I -          Income Eligibility Levels -
                              Categorically Needy, Medically Needy, and Qualified Medicare
                              Beneficiaries
    • Supplement 2 -          Reasonable limits on Amounts for
                              Necessary Medical or Remedial Care Not Covered under Medicaid
    • Supplement 3 -          Resource Levels for Optional Groups with
                              Incomes Up to a Percentage of the Federal
                              Poverty Level and Medically Needy
    • Supplement 4 -          Consideration of Medicaid Qualifying
                              Trusts--Undue Hardship
    • Supplement 5 -          More Liberal Methods of Treating Income
                              under Section 1902 (r)(2) of the Act
    • Supplement 6 -          More Liberal Methods of Treating Resources
                              under Section 1902 (r)(2) of the Act

*Forms Provided

---

TN No. 92-27
Supersedes              Approval Date 1-31-94              Effective Date 7/1/92
TN No. 92-01
                                                          HCFA ID: 7982E

No.                                                 Title of Attachment

*3.1-A   Amount, Duration, and Scope of Medical and Remedial Care
         and Services Provided to the Categorically Needy

                    *Supplement I        Care Management Services
                    Supplement 2         Alternative Health Care Plans for
                                         Families Covered Under Section 1925 of the Act
*3.1-B   Amount, Duration, and Scope of Services Provided Medically
         Needy Groups

3.1-C    Standards and Methods of Assuring High Quality Care

3.1–D    Methods of Providing Transportation

*3.1-E   Standards for the Coverage of Organ Transplant Procedures

3.1-F    State Option to Use Managed Care

4.11-A   Standards for Institutions

4.14-A   Single Utilization Review Methods for Intermediate Care
             Facilities

4.14-B Multiple Utilization Review Methods for Intermediate Care
             Facilities

4.16-A Cooperative Arrangements with State Health and State
             Vocational Rehabilitation Agencies and with Title V Grantees

4.17-A Determining that an Institutionalized Individual Cannot Be
             Discharged and Returned Home

*4.18-A Charges Imposed on Categorically Needy

*4.18-B Medically Needy - Premium

*4.18-C Charges Imposed on Medically Needy and other Optional Groups

*4.18-D Premiums Imposed on Low Income Pregnant Women and Infants

*4.18-E Premiums Imposed on Qualified Disabled and Working Individuals

4.19-A Methods and Standards for Establishing Payment Rates –
             Inpatient Hospital Care

*Forms Provided

TN No.: 06-010
Supersedes                          Approval Date 12/20/06
TN No. 92-01                                                    Effective Date: 08/01/06
                                                                         HCFA ID: 7982E

<u>No.</u>                                <u>Title of Attachment</u>

4.19-B Methods and Standards for Establishing Payment Rates - Other Types of Care

              * Supplement I - Methods and Standards for Establishing Payment
                   Rates for Title XVIII Deductible/Coinsurance

4.19-C   Payments for Reserved Beds

4.19-D  Methods and Standards for Establishing Payment Rates -
          Skilled Nursing and Intermediate Care Facility Services

4.19-E  Timely-Claims Payment - Definition of Claim

4.20-A  Conditions for Direct Payment for Physicians' and Dentists' Services

4.22-A  Requirements for Third Party Liability-Identifying Liable Resource

*4.22-B  Requirements for Third Party Liability - Payment of Claims

*4.22-C  Cost-Effective Methods for Employer-Based Group Health Plans

*4.32-A  Income and Eligibility Verification System Procedures:
           Requests to Other State Agencies

*4.33-A  Method for Issuance of Medicaid Eligibility Cards to
           Homeless Individuals

7.2-A    Methods of Administration - Civil Rights (Title VI)

*Forms Provided

---

TN No. <u>92-27</u>
Supersedes
TN No. <u>92-01</u>        Approval Date <u>1-31-94</u>        Effective Date <u>7/1/92</u>

                                        HCFA ID: 7982E

Revision: HCFA-PM-93-5   (MB)
            MAY 1993

State:  North Carolina

Citation                3.2  Coordination of Medicaid with Medicare and
                             Other Insurance

                        (a)   Premiums

                              (1) Medicare Part A and Part B

1902(a)(10)(E)(i) and          (i)   Qualified Medicare
1905(p)(1) of the Act                Beneficiary (QMB)

                                     The Medicaid agency pays
                                     Medicare Part A premiums (if
                                     applicable) and Part B premiums
                                     for individuals in the QMB
                                     group defined in Item A.25 of
                                     ATTACHMENT 2.2-A, through the
                                     group premium payment
                                     arrangement, unless the agency
                                     has a Buy-in agreement for such
                                     payment, as indicated below.

                                     Buy-In agreement for:

                                      X  Part A      X  Part B

                                     ____  The Medicaid agency pays
                                           premiums, for which the
                                           beneficiary would be
                                           liable, for enrollment in
                                           an HMO participating in
                                           Medicare.

TN No. 93-17
Supersedes                 Approval Date 11-15-93    Effective Date  7/1/93
TN No. 93-03

Revision:  HCFA-PM-97-3    (CSMO)
           December 1997

           State: North Carolina

Citation

1902(a)(10)(E)(ii)          (ii)    Qualified Disabled and Working
and 1905(s) of the Act              Individual (QDWI)

                                    The Medicaid agency pays
                                    Medicare Part A premiums under
                                    a group premium payment
                                    arrangement, subject to any
                                    contribution required as
                                    described in ATTACHMENT 4.18-E,
                                    for Individuals in the QDWI
                                    group defined in item A.26 of
                                    ATTACHMENT 2.2-A of this plan.

1902(a)(10)(E)(iii)         (iii)   Specified Low-income Medicare
and 1905(p)(3)(A)(ii)               Beneficiary (SLMB)
of the Act
                                    The Medicaid agency pays
                                    Medicare Part B premiums under
                                    the State buy-In process for
                                    individuals in the SLMB group
                                    defined in item A.27 of
                                    ATTACHMENT 2.2-A of this plan.

1902(a)(10)(E)(iv)(I),      (iv)    Qualifying Individual-1) (QI-1)
1905(p)(3)(A)(ii), and
1933 of the Act                     The Medicaid agency pays
                                    Medicare Part B premiums under
                                    the State buy- in process for
                                    individuals described in 1902
                                    (a) (10) (E) (iv) (I) and
                                    subject to 1933 of the Act.

1902(a)(10)(E)(iv)(II),     (v)     Qualifying Individual-2(QI-2)
1905(p)(3)(A)(ii), and
1933 of the Act                     The Medicaid agency pays the
                                    portion of the amount of
                                    increase to the Medicare Part B
                                    premium attributable to the
                                    Home Health Provision to the
                                    individuals described in 1902
                                    (a) (10) (E) (iv) (II) and
                                    subject to 1933 of the Act.

TN No. 98-04
Supersedes              Approval Date  5/27/98      Effective Date  1-1-98
TN No.  93-03

Enclosure 3 continued

29b

Revision: HCFA-PM-97-3
           December 1997

State: <u>North Carolina</u> _____

<u>Citation</u>

| | | |
|---|---|---|
| 1843(b) and 1905(a)<br>of the Act and<br>42 CFR 431.625 | (vi) | <u>Other Medicaid Recipients</u> |

The Medicaid agency pays
Medicare Part B premiums to make
Medicare Part B coverage available
to the Following individuals:

<u> X </u>   All individuals who are: (a)
        receiving benefits under
        titles I, IV-A, X, XIV, XVI
        (AABD or SSI); b) receiving
        State supplements under
        title XVI; or c) within a
        group listed at 42 CFR 431.
        625 (d)(2).

_____   Individuals receiving title
        II or Railroad Retirement
        benefits.

<u> X </u>   Medically needy individuals
        (FFP is not available for
        this group).

| | | |
|---|---|---|
| 1902(a)(30) and<br>1905(a) of the Act | (2) | Other Health Insurance |

_____   The Medicaid agency pays insurance
        premiums for medical or any other
        type of remedial care to maintain a
        third party resource for Medicaid
        covered services provided to
        eligible individuals (except
        individuals 65 years of age or older
        and disabled individuals, entitled
        to Medicare Part A but not enrolled
        in Medicare Part B).

TN No. <u>98-04</u>
Supersedes            Approval Date <u>5/27/98</u>      Effective Date <u>1-1-98</u>
TN No. <u>93-03</u>

Revision:   HCFA-PM-93-2   (MB)
                MARCH 1993

        State:    ____North Carolina____

<u>Citation</u>       (b) <u>Deductibles/Coinsurance</u>

                 (1) Medicare Part A and B

| | |
|---|---|
| 1902(a)(30), 1902(n), 1905(a),and 1916 of the Act | **ATTACHMENT 4.19-B, Section 24, Page 1** describe the methods and standards for establishing payment rates for services covered under Medicare, and/or the methodology for payment of Medicare deductible and coinsurance amounts, to the extent available for each of the following groups. |
| Sections 1902 (a)(10)(E)(i) and 1905(p)(3) of the Act | (i) <u>Qualified Medicare Beneficiaries QMBS)</u><br><br>The Medicaid agency pays Medicare Part A and Part B deductible and coinsurance amounts for QMBs (subject to any nominal Medicaid (copayment) for all services available under Medicare. |
| 1902(a)(10), 1902(a)(30), and 1905(a) of the Act | (ii) <u>Other Medicaid Recipients</u><br><br>The Medicaid agency pays for Medicaid services also covered under Medicare and furnished to recipients entitled to Medicare (subject to any nominal Medicaid copayment). For services furnished to individuals who are described in section 3.2(a)(1) (iv), payment is made as <u>follows:</u> |
| 42 CFR 431.625 | <u>X</u>   For the entire range of services available under Medicare Part 3.<br><br>____   Only for the amount, duration, and scope of services otherwise available under this plan. |
| 1902(a)(10), 1902(a)(30), 1905(a), and 1905(p) of the Act | (iii)   <u>Dual Eligible--QMS Plus</u><br><br>The Medicaid agency pays Medicare Part A and Part B deductible and coinsurance amounts for all services available under Medicare and pays for all Medicaid services furnished to individuals eligible both as QMBs and categorically or medically needy (subject to any nominal Medicaid copayment). |

---

TN No. <u>03-05</u>
Supersedes          Approval Date <u>5/23/03</u>            Effective Date <u>04/01/03</u>
TN No. <u>93-03</u>

Revision: HCFA-PM-91-8 (MB)                                    OMB No.:
          October 1991

            State/Territory: _____ North Carolina _____

---

Citation                              Condition or Requirement

---

1906 of the          (c)   Premiums, Deductibles, Coinsurance
Act                        and Other Cost Sharing Obligations

                           The Medicaid agency pays all premiums,
                           deductibles, coinsurance and other cost
                           sharing obligations for items and
                           services covered under the State plan
                           (subject to any nominal Medicaid
                           copayment) for eligible individuals in
                           employer-based cost-effective group
                           health plans.

                           When coverage for eligible family
                           members is not possible unless
                           ineligible family members enroll, the
                           Medicaid agency pays premiums for
                           enrollment of other family members when
                           cost-effective. In addition, the
                           eligible individual is entitled to
                           services covered by the State plan which
                           are not included in the group health
                           plan. Guidelines for determining cost
                           effectiveness are described in section
                           4.22(h).

1902(a)(10)(F)       (d)   _____  The Medicaid agency pays premiums
of the Act                        for individuals described in item
                                  19 of Attachment 2.2-A.

---

TN No. 92-27
Supercedes              Approval Date 1-31-94      Effective Date 7/1/92
TN No. NEW                                         HCFA ID: 7983E

STATE PLAN UNDER TITLE XIX OF THE SOCIAL SECURITY ACT
MEDICAL ASSISTANCE PROGRAM

STATE <u>NORTH CAROLINA</u>

METHODS AND STANDARDS FOR ESTABLISHING PAYMENT RATES - OTHER TYPES OF CARE

Item.. <u>VII Payment of Title XVIII Part A and Part B</u>
<u>Deductible/Coinsurance</u>

Except for a nominal recipient co-payment, if applicable, the Medicaid agency uses the following method:

|  | | Medicare-Medicaid Individual | | Medicare-Medicaid/QMB Individual | | Medicare QMB Individual |
|---|---|---|---|---|---|---|
| Part A Deductible | X | Limited to State Plan rates* | X | Limited to State Plan rates* | X | Limited to State Plan rates* |
| | | Full amount | | Full amount | | Full amount |
| Part A Coinsurance | X | Limited to State Plan rates* | X | Limited to State Plan rates* | X | Limited to State Plan rates* |
| | | Full amount | | Full amount | | Full amount |
| Part B Deductible | X | Limited to State Plan rates* | X | Limited to State Plan rates* | X | Limited to State Plan rates* |
| | | Full amount | | Full amount | | Full amount |
| Part B Coinsurance | X | Limited to State Plan rates* | X | Limited to State Plan rates* | X | Limited to State Plan rates* |
| | | Full amount | | Full amount | | Full amount |

*For these title XVIII services not otherwise covered by the title XIX State plan, the Medicaid agency has established reimbursement methodologies that are described in 4.19-B, Item(s)_____

TN No.<u>01-22</u>
Supersedes
TN No.<u>91-33</u>

Approval Date <u>03/21/02</u>

Effective Date <u>10/01/01</u>

STATE PLAN UNDER TITLE XIX OF THE SOCIAL SECURITY ACT MEDICAL ASSISTANCE
PROGRAM

STATE  NORTH CAROLINA

METHODS AND STANDARDS FOR ESTABLISHING PAYMENT RATES - OTHER TYPES OF
CARE

Item..  VIII  Payment of Title XVIII Part B Outpatient Psychiatric Reduction

Except for a nominal recipient co-payment, if applicable, the Medicaid agency uses the following
method:

| | Medicare-Medicaid Individual | Medicare-Medicaid/QMB Individual | Medicare QMB Individual |
|---|---|---|---|
| Part B Outpatient Psychiatric Reduction | X  Limited to State Plan rates* | X  Limited to State Plan rates* | X  Limited to State Plan rates* |
| | Full amount | Full amount | Full amount |

*For these title XVIII services not otherwise covered by the title XIX State plan, the Medicaid
agency has established reimbursement methodologies that are described in 4.19-B, Item(s)____

TN No. 08-003
Supersedes
TN No. New

Approval Date: 08/15/08

Effective Date 04/01/2008