IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GORDIAN MEDICAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LANIER M. CANSLER, Secretary of the North Carolina Department of Health and Human Services, in his official capacity; CRAIGAN L. GRAY, Director, Division of Medical Assistance, North Carolina Department of Health and Human Services, in his official capacity; and TARA R. LARSON, Chief Clinical Operations Officer, Division of Medical Assistance, North Carolina Department of Health and Human Services, in her official capacity, <br><br> Defendants. | Civil Action No. 5:10-CV-45-F <br><br><br> **NOTICE OF FILING** |

Pursuant to N.C. Gen. Stat. § 1-260, Plaintiff Gordian Medical, Inc. ("Gordian Medical") hereby files this notice with the Court that on February 4, 2010, Gordian Medical served a copy of the Verified Complaint and exhibits on Roy Cooper, Attorney General of the State of North Carolina via Certified Mail.

Respectfully submitted this, the 4th day of February, 2010.

        NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Stephen D. Martin*
    Wallace C. Hollowell, III
    N.C. Bar No. 24304
    E-Mail Address: chuck.hollowell@nelsonmullins.com
    Stephen D. Martin
    N.C. Bar No. 28658
    E-Mail Address: steve.martin@nelsonmullins.com
    4140 Parklake Avenue / GlenLake One
    Second Floor
    Raleigh, NC 27612
    Telephone: (919) 877-3800
    Facsimile: (919) 877-3799

*Counsel for Plaintiff Gordian Medical, Inc.*

CERTIFICATE OF SERVICE

I, the undersigned attorney of the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for Plaintiff Gordian Medical, Inc., do hereby certify that on February 4, 2010, I have mailed the document to the following non CM/ECF participant:

Attorney General Roy Cooper
North Carolina Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

Lanier M. Cansler, Secretary
N.C. Department of Health and Human Services
2001 Mail Service Center
Raleigh, NC 27699-2001

Craigan L. Gray, Director
Division of Medical Assistance
N.C. Department of Health and Human Services
2501 Mail Service Center
Raleigh, NC 27699-2501

Tara R. Larson
Chief Clinical Operations Officer
Division of Medical Assistance
N.C. Department of Health and Human Services
2501 Mail Service Center
Raleigh, NC 27699-2501

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ *Stephen D. Martin*
    Stephen D. Martin
    N.C. Bar No. 28658
    E-Mail Address: steve.martin@nelsonmullins.com
    4140 Parklake Avenue / GlenLake One
    Second Floor
    Raleigh, NC 27612
    Telephone: (919) 877-3800
    Facsimile: (919) 877-3799

*Counsel for Plaintiff Gordian Medical, Inc.*