IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-45-F

| | | |
|---|---|---|
| GORDIAN MEDICAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| LANIER M. CANSLER, Secretary of the North Carolina Department of Health and Human services, in his official capacity; CRAIGAN L. GRAY, Director, Division of Medical Assistance, North Carolina Department of Health and Human Services, in his official capacity; and TARA R. LARSON, Chief Clinical Operations Officer, Division of Medical Assistance, North Carolina Department of Health and Human Services, in her official capacity, | ) | |
| Defendants. | ) | |

This matter is before the court on the Joint Motion of Plaintiff Gordian Medical, Inc. and Defendants Lanier M. Cansler, Craigan L. Gray, and Tara R. Larson (collectively, the "Parties"). For good cause shown, the Parties' Joint Motion for Stay is ALLOWED, and this action is STAYED until May 27, 2011, by which time the parties shall file a stipulation of dismissal. If the parties are unable to finalize the settlement by that date, then the parties are ORDERED to file, on or before May 27, 2011, a notice indicating their inability to do so.

The Clerk of Court is DIRECTED to remove this matter from the undersigned's June 6, 2011, term of court.

SO ORDERED. This, the 26th day of January, 2011.

                                              James C. Fox
                                              Senior United States District Judge