IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |
|---|---|
| GORDIAN MEDICAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LANIER M. CANSLER, Secretary of the North Carolina Department of Health and Human Services, in his official capacity; CRAIGAN L. GRAY, Director, Division of Medical Assistance, North Carolina Department of Health and Human Services, in his official capacity; and TARA R. LARSON, Chief Clinical Operations Officer, Division of Medical Assistance, North Carolina Department of Health and Human Services, in her official capacity, <br><br> Defendants. | Civil Action No. 5:10-CV-45-F <br><br><br> **ORDER** |

Upon the Joint Motion of Plaintiff Gordian Medical, Inc. and Defendants Lanier M. Cansler, Craigan L. Gray, and Tara R. Larson (collectively, the "Parties"), and for good cause shown, the Parties' Joint Motion to Stay is hereby GRANTED. This action shall remain stayed until September 9, 2011, by which time the Parties shall have finalized their settlement in principle filed a Stipulation of Dismissal, or shall have notified the Court that the Parties have been unable to finalize their settlement in principle, at which time the Parties may move the Court for entry of a revised Scheduling Order.

This 29th day of August, 2011.

                                                  *James C. Fox*
                                       Hon. James C. Fox
                                       Senior United Stated District Judge