IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GORDIAN MEDICAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LANIER M. CANSLER, Secretary of the North Carolina Department of Health and Human Services, in his official capacity; CRAIGAN L. GRAY, Director, Division of Medical Assistance, North Carolina Department of Health and Human Services, in his official capacity; and TARA R. LARSON, Chief Clinical Operations Officer, Division of Medical Assistance, North Carolina Department of Health and Human Services, in her official capacity, <br><br> Defendants. | Civil Action No. 5:10-CV-45-F <br><br><br> **JOINT STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** |

Plaintiff Gordian Medical, Inc., ("Plaintiff"), and Defendants Lanier M. Cansler, Craigan L. Gray, and Tara R. Larson ("Defendants") (Plaintiff and Defendants, collectively, are the "Parties"), by and through their respective undersigned counsel, report to the Court that the Parties have reached a settlement of this action. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted this, the 23rd day of September, 2011.

| | |
|---|---|
| NELSON MULLINS RILEY & SCARBOROUGH LLP<br><br>By: */s/ Stephen D. Martin*<br>Wallace C. Hollowell, III<br>N.C. Bar No. 24304<br>E-Mail Address:<br>chuck.hollowell@nelsonmullins.com<br>Stephen D. Martin<br>N.C. Bar No. 28658<br>E-Mail Address:<br>steve.martin@nelsonmullins.com<br>4140 Parklake Avenue / GlenLake One<br>Second Floor<br>Raleigh, NC  27612<br>Telephone:  (919) 877-3800<br>Facsimile:  (919) 877-3799<br><br>*Counsel for Plaintiff Gordian Medical, Inc*. | ROY A. COOPER III<br>Attorney General<br><br>By:  */s/ Richard J. Votta (by permission)*<br>Richard J. Votta<br>N.C. Bar No. 11131<br>E-Mail Address: rvotta@ncdoj.gov<br>North Carolina Department of Justice<br>P.O. Box 629<br>Raleigh, NC  27602<br>Telephone: (919) 716-6840<br>Facsimile: (919) 716-6758<br><br>*Counsel for the Defendants* |

# CERTIFICATE OF SERVICE

  I, the undersigned attorney of the law offices of Nelson Mullins Riley & Scarborough LLP, counsel for Plaintiff Gordian Medical, Inc., do hereby certify that on September 23, 2011, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Richard J. Votta (rvotta@ncdoj.gov)

*Counsel for Defendants Lanier M. Cansler, Craigan L. Gray, and Tara R. Larson*

      NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Stephen D. Martin*
   Stephen D. Martin
   N.C. State Bar No. 28658
   4140 Parklake Avenue, Suite 200
   Raleigh, NC 27612
   Telephone: (919) 877-3800
   Facsimile: (919) 877-3799
   E-Mail Address: steve.martin@nelsonmullins.com

*Counsel for Plaintiff Gordian Medical, Inc.*